**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CRYSTAL VALDEZ,

      Plaintiff,

v.                                               No. CIV-16-0074 JCH/LAM

WHEATFIELDS ASSISTED
LIVING, LLC, et al.,

      Defendants.

## ORDER GRANTING IN PART MOTION TO EXTEND DEADLINES

    **THIS MATTER** is before the Court on the parties' joint motion to amend the scheduling

order and to reset the settlement conference [*Doc. 24*], filed September 14, 2016.   Having reviewe

the motion and record of this case, the Court **FINDS** that the motion shall be **GRANTED in part**

and **DENIED in part**.   As the Court explained to the parties at the initial scheduling conference,

because this case was set on a 180-day track, the Court cannot extend the deadlines more than

**thirty (30) days** absent a showing of exceptional circumstances, which the Court does not find

here.   The Court will extend the parties' deadlines as follows:

| | |
|---|---|
| Termination date for discovery: | **October 19, 2016** |
| Motions relating to discovery to be filed by: | **November 10, 2016** |
| Pretrial motions other than discovery motions (including motions which may require a Daubert hearing) filed by: | **December 1, 2016** |

All other deadlines in this case shall remain as they are currently set.   The Court will enter a

separate order vacating the settlement conference and will set a status conference to reset it.

    **IT IS SO ORDERED**.

*Lourdes a. Martínez*

**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**